UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-20211-UNGARO/O'SULLIVAN

FILED BY _____ D.C.

JUL 0 2 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES OF AMERICA,
MIAMI-DADE COUNTY,
STATE OF NEW YORK,
STATE OF CALIFORNIA,
STATE OF ILLINOIS,
CITY OF BALTIMORE,[1]
COMMONWEALTH OF MASSACHUSETTS,
STATE OF NEW JERSEY,
STATE OF NEW MEXICO,
STATE OF NORTH CAROLINA,
STATE OF TENNESSEE,
    *ex rel.*

CHRISTOPHER HOOD,

    Plaintiffs,

v.

LEXISNEXIS RISK SOLUTIONS, INC.;
LEXISNEXIS CLAIMS SOLUTIONS, INC.; and
LEXISNEXIS COPLOGIC SOLUTIONS, INC.;

    Defendants.

_____ /

FILED *EX PARTE*
AND UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730 (b)(2)
and N.J.S.A. 2A:32C-5(c)

## NOTICE OF INTENTION TO INTERVENE IN *QUI TAM* CASE

The State of New Jersey, by and through the undersigned counsel, and on behalf of

itself and the States of New York, Illinois, Massachusetts, and Tennessee and the City of

Baltimore (the "Participating Jurisdictions") hereby gives notice of the Participating

Jurisdictions' intention to intervene, pursuant to the false claims acts of the Participating

Jurisdictions and to facilitate settlement, in the *qui tam* plaintiffs' action with respect to the

---

[1]    Mayor and City Council of Baltimore is the legal name of the City of Baltimore.

Participating Jurisdictions' claims against the Defendants.

Dated:  7/2/2019

Respectfully submitted,

**GURBIR S. GREWAL**
**Attorney General of New Jersey**

By: _____

 Zachary N. Klein
 **Deputy Attorney General**
 *Admitted Pro Hac Vice*
 N.J. Bar No. 017232012
 124 Halsey Street
 P.O. Box 45029
 Newark, New Jersey 07101
 Tel: 973-648-2489/Fax: 973-648-3956
 Email: zachary.klein@law.njoag.gov

Counsel for the State of New Jersey

## SERVICE LIST
### *United States of America, et al., ex rel. Hood,*
### Case No. 18-cv-20211 UNGARO/O'SULLIVAN
### United States District Court, Southern District of Florida

| | |
|---|---|
| **Erin K. Staab**<br> **Assistant Attorney General**<br>**Jeffrey Walker**<br> **Assistant Attorney General**<br>**Office of the Attorney General**<br>**Commonwealth of Massachusetts**<br>**False Claims Division**<br>One Ashburton Place<br>Boston, MA 02108<br><br>Email: erin.staab@mass.gov<br>Email: jeffrey.walker@mass.gov<br><br>**Counsel for Massachusetts** | **Christopher Kim**<br> **Assistant Attorney General**<br>**Darren Kinkead**<br> **Assistant Attorney General**<br>**Illinois Office of the Attorney General**<br>**Special Litigation Bureau**<br>100 West Randolph St., 11th Floor<br>Chicago, IL 60601<br><br>Email: Ckim@atg.state.il.us<br>Email: dkinkead@atg.state.il.us<br><br>**Counsel for Illinois** |
| **Suzanne Sangree**<br> **Senior Counsel for Public Safety &**<br> **Director of Affirmative Litigation**<br>**Elizabeth Ryan Martinez**<br> **Assistant Solicitor**<br>**Baltimore City Department of Law**<br>100 N. Holliday Street, Suite 101<br>Baltimore, MD 21202<br><br>Email: Suzanne.Sangree2@baltimorecity.gov<br>      liz.martinez@baltimorecity.gov<br><br>**Counsel for City of Baltimore (Mayor and City Council of Baltimore)** | **Laura Jereski**<br> **Assistant Attorney General**<br>**Office of the Attorney General**<br>**State of New York**<br>28 Liberty Street, 21st floor<br>New York, NY 10005<br><br>Email: laura.jereski@ag.ny.gov<br><br>**Counsel for New York** |
| **Andrew B. Campbell**<br> **Assistant Attorney General**<br>**Office of the Attorney General and Reporter**<br>**State of Tennessee**<br>**Public Interest Division**<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br><br>Email: Andrew.Campbell@ag.tn.gov<br>Email: Anna.Waller@ag.tn.gov<br><br>**Counsel for Tennessee** | **Janine N. Matton**<br> **Assistant Attorney General**<br>**Zachary N. Klein**<br> **Deputy Attorney General**<br>**Office of the Attorney General**<br>**State of New Jersey**<br>**Division of Law -**<br>**Government & Healthcare Fraud Section**<br>124 Halsey Street<br>Newark, NJ 07101<br><br>Email: janine.matton@law.njoag.gov<br>Email: Zachary.Klein@law.njoag.gov<br><br>**Counsel for New Jersey** |

| Richard Celler, Esq.<br>Richard Celler Legal, P.S.<br>7450 Griffin Rd #230<br>Davie, FL 33342<br><br>Email: richard@floridaovertimelawyer.com<br><br>Counsel for Relator | Ryon McCabe, Esq.<br>McCabe Rabin, P.A.<br>1601 Forum Place, Ste. 505<br>West Palm Beach, Florida 33401<br><br>Email: rmccabe@mccaberabin.com<br>Email: e-filing@mccaberabin.com<br><br>Counsel for Relator |
| Philip Freidin, Esq.<br>Freidin Brown, P.A.<br>One Biscayne Tower<br>2 South Biscayne Boulevard, Suite 3100<br>Miami, FL 33131<br><br>Email: pf@fblawyers.net<br><br>Counsel for Relator | Lance A. Harke, Esq.<br>Harke Law LLP<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138<br><br>Email: Lharke@harkelaw.com<br><br>Counsel for Relator |

2