UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-cv-20211-UNGARO/O'SULLIVAN

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | ) ) ) |
| *ex rel*. CHRISTOPHER HOOD, | ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| LEXISNEXIS RISK SOLUTIONS, INC., et al. | ) ) |
| Defendants. | ) ) / |

## ORDER GRANTING RELATOR'S UNOPPOSED MOTION TO APPROVE VOLUNTARY DISMISSAL OF COUNT 10

THIS CAUSE is before the Court upon the Relator's Unopposed Motion to Approve Voluntary Dismissal of Count 10 (D.E. 56) (the "Motion"). The Court has reviewed the Motion and pertinent portions of the record and is otherwise fully advised in the premises.

IT IS HEREBY ORDERED AND ADJUDGED that the Motion, D.E. 56, is GRANTED. Count 10 of the Second Amended Complaint (D.E. 25), which alleges a claim under the North Carolina False Claims Act, N.C.G.S.A. §§ 1-605 *et seq.*, is hereby dismissed with prejudice as to Relator and without prejudice as to the State of North Carolina.

DONE AND ORDERED in Chambers in Miami, Florida this __28th__ day of August, 2019.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Conformed copies *to*:
All Counsel on Attached Service List

**SERVICE LIST**
*United States of America, et al., ex rel. Hood,*

**Case No. 18-cv-20211 UNGARO/O'SULLIVAN**
**United States District Court, Southern District of Florida**

| | |
|---|---|
| Darren Kinkead<br>Assistant Attorney General<br>Special Litigation Bureau<br>Office of the Illinois Attorney General<br>100 W. Randolph. St., 11th Floor<br>Chicago, IL 60601<br>Tel.: (312) 814-5700<br>dkinkead@atg.state.il.us<br>*Counsel for the State of Illinois* | Andrew Campbell<br>Senior Assistant Attorney General<br>Public Protection Section<br>Public Interest Division<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, TN 37202<br>Tel.: (615) 532-0356<br>andrew.campbell@ag.tn.gov<br>*Counsel for the State of Tennessee* |
| Zachary N. Klein, Esq.<br>Deputy Attorney General<br>Government & Healthcare Fraud Section<br>Office of the Attorney General<br>124 Halsey Street<br>P.O. Box 45029<br>Newark, New Jersey 07101<br>Tel.: (973) 648-2893<br>zachary.klein@law.njoag.gov<br>*Counsel for the State of New Jersey* | Erin K. Staab, Esq.<br>Assistant Attorney General<br>False Claims Division<br>Office of the Attorney General<br>One Ashburton Place<br>Boston, MA 02108<br>Tel: (617) 963-2565<br>erin.staab@mass.gov<br>*Counsel for the Commonwealth of Massachusetts* |
| Laura Jereski, Esq.<br>Assistant Attorney General<br>Taxpayer Protection Bureau<br>Office of the New York<br>State Attorney General<br>28 Liberty Street, 21st Floor<br>New York, NY 10005<br>Tel.: (212) 416-8943<br>laura.jereski@ag.ny.gov<br>*Counsel for the State of New York* | Suzanne Sangree, Esq.<br>Director of Affirmative Litigation<br>Baltimore City Department of Law<br>100 N. Holliday Street, Suite 101<br>Baltimore, MD 21202<br>Tel: 443-388-2190<br>suzanne.sangree2@baltimorecity.gov<br>*Counsel for the Mayor and City Council of Baltimore* |
| James A. Weinkle, Asst. U.S. Attorney<br>Office of the United States Attorney<br>Southern District of Florida<br>99 N.E. 4th Street, Third Floor<br>Miami, FL 33132<br>James.Weinkle@usdoj.gov<br>*Counsel for the United States of America* | Hugo E. Benitez<br>Assistant County Attorneys<br>Miami-Dade County Attorney's Office<br>111 NW 1st Street, Suite 2810<br>Miami, FL 33128<br>heb2@miamidade.gov<br>*Counsel for Miami-Dade County* |
| Kenneth J. Sugarman<br>Deputy Attorney General | Richard Celler, Esq.<br>Richard Celler Legal, P.A. |

| | |
|---|---|
| Department of Justice<br>Office of the Attorney General<br>State of California<br>455 Golden Gate Ave 11th Floor<br>San Francisco, CA 94102<br>kenneth.sugarman@doj.ca.gov<br>*Counsel for the State of California* | 7450 Griffin Rd #230<br>Davie, FL 33342<br>richard@floridaovertimelawyer.com<br>*Counsel for Relator* |
| Angelica Anaya Allen<br>Assistant Attorney General<br>New Mexico Office of the Attorney General<br>201 Third Street NW, Suite 300<br>Albuquerque  NM  87102<br>aanaya@nmag.gov<br>*Counsel for the State of New Mexico* | Jessica V. Sutton<br>Assistant Attorney General<br>North Carolina Department of Justice<br>Consumer Protection Division<br>Financial Fraud Section<br>114 W. Edenton St.<br>Raleigh, NC 27603<br>jsutton2@ncdoj.gov<br>*Counsel for the State of North Carolina* |
| Ryon McCabe, Esq.<br>McCabe Rabin, P.A.<br>1601 Forum Place, Ste. 201<br>West Palm Beach, Florida 33401<br>rmccabe@mccaberabin.com<br>*Counsel for Relator* | Lance A. Harke, Esq.<br>Harke Law LLP<br>9699 NE Second Avenue<br>Miami Shores, Florida 33138<br>lharke@harkelaw.com<br>*Counsel for Relator* |
| Philip Freidin, Esq.<br>Freidin Brown, P.A.<br>2 South Biscayne Boulevard, Suite 3100<br>Miami, FL 33131<br>*Counsel for Relator* | |